IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAMUD SESAY,<br><br>*Defendant*. | **UNDER SEAL**<br><br>Case No. 1:24-mj-402 |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Randall M. Mason, Jr., being first duly sworn, depose and state as follows:

### INTRODUCTION

1. This affidavit is submitted in support of a criminal complaint and related arrest warrants charging that, from at least in or around November 2023 through at least April 16, 2024, within the Eastern District of Virginia and elsewhere, the defendant, MAMUD SESAY, did knowingly and intentionally combine, conspire, confederate, and agree with PHILLIP DONNELL MOSBY and others, known and unknown, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2. I am a Task Force Officer with the Drug Enforcement Administration ("DEA") and have been since August 2018. I have been a sworn police officer with the Arlington County Police Department ("ACPD") since July 2007. I am currently assigned to Enforcement Group 12 of the DEA's Washington Field Division. As a Task Force Officer with DEA, I am "an investigative or

law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

3. During my time in law enforcement, I have investigated violations of federal and state narcotics laws. I have participated in numerous investigations involving narcotics-related offenses, which have resulted in the seizure of illegal drugs, drug proceeds in the form of United States currency, weapons, and other evidence of criminal activity. My experience includes the execution of search warrants. These investigations have led to the arrest and conviction of drug distributors and users in the General District, Juvenile and Domestic Relations, and Circuit Courts of Arlington County, Virginia, as well as the United States District Court for the Eastern District of Virginia. I have testified at trials, in grand jury proceeding, and at preliminary hearings. I have been certified as an expert in the distribution of narcotics in Arlington County General District and Circuit Courts, as well as the Circuit Court of Alexandria. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology utilized by the traffickers and abusers of controlled dangerous substances.

4. Based upon this experience, I have become knowledgeable of the methods and modes of narcotics operations, and the language and patterns of drug abuse and trafficking. Through my employment with the DEA and ACPD, I have gained knowledge in the use of various investigative techniques including the use of wiretaps, physical surveillance, undercover agents, confidential informants and cooperating witnesses, the controlled purchases of illegal narcotics, electronic surveillance, consensually monitored recordings, investigative interviews, financial investigations, the service of administrative and grand jury subpoenas, and the execution of search

and arrest warrants.

5. The facts in this Affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and law enforcement personnel. This Affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND CONCERNING FENTANYL PILLS

6. Fentanyl is a Schedule II controlled substance and is a synthetic opioid pain reliever that comes in pharmaceutical forms that include transdermal patches and lozenges. Fentanyl is typically used to treat severe pain. Fentanyl is estimated to be 50 to 100 times more powerful than morphine, and like other opioids it has strong addictive potential. In addition to legitimate pharmaceutical production, fentanyl is also being produced in clandestine labs domestically and abroad and distributed through traditional opioid drug distribution networks, including but not limited to distribution by means of common carrier services such as the United States Postal Service, UPS, FedEx, and others.

7. The most prolific form of fentanyl seen by law enforcement in this region in recent years is in the form of fake oxycodone pills containing fentanyl.[1] These pills are typically round blue pills imprinted with "M" and "30" and mimic the markings associated with pharmaceutical oxycodone 30mg pills. Common slang terminology used to reference these fake oxycodone pills containing fentanyl include, but are not limited to: "blues" "M-30s," "30s" "Perc's," and "Perc-30's." "Perc" is a commonly used slang reference that is short for "Percocet" which is a name

---

[1] Law enforcement is also commonly encountering fentanyl contained in a wide array of substances that are purported to be either other illicit narcotics or other types of pills/tablets that are in fact counterfeit pills containing fentanyl and which are designed to mimic the appearance of pharmaceutical medicines.

brand prescription pain killer that contains oxycodone.

## SOURCES OF INFORMATION

8.      Special Agents of the DEA, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and local law enforcement officers have received information concerning the illegal drug trafficking activities of William Anthony MCCOY ("MCCOY") and Phillip Donnell MOSBY ("MOSBY") from one confidential cooperating source ("CS-1"). For the purposes of this affidavit, all cooperating sources will be referred to in the masculine gender, regardless of whether CS-1 is in fact male or female.

9.      CS-1 has proven to be reliable and has worked on numerous other ATF cases with success. CS-1 is a paid informant and is not working off any charges. CS-1 has a felony conviction. With respect to the instant case, CS-1's information concerning MOSBY and MCCOY has been corroborated by information obtained from various public databases, information obtained through administrative subpoenas, physical surveillance, the use of an undercover officer, and consensually monitored communications. CS-1's information has never been found to be false or misleading. For these reasons, I consider CS-1 to be reliable.

## PROBABLE CAUSE

### I. Background of the Investigation

10.     From March 2023 through April 2024, law enforcement was investigating the drug-related activities of MCCOY and MOSBY. The investigation involved several controlled purchases of laboratory-tested fentanyl pills from these individuals. MCCOY would primarily communicate with CS-1 about supplying CS-1 with fentanyl pills and MOSBY would both supply the pills and accompany MCCOY to the deals. In total, law enforcement conducted five controlled purchases from MCCOY/MOSBY totaling approximately 7,000 fentanyl pills.

11. On April 12, 2024, the Hon. Lindsey R. Vaala in the Eastern District of Virginia signed a Criminal Complaint charging MCCOY and MOSBY with conspiring to distribute 400 or more grams of fentanyl, in violation of 21 USC. §§ 841(a)(1) and 846. Both MCCOY and MOSBY were arrested on April 16, 2024. Both have since pled guilty to a Criminal Information charging each with conspiring to distribute 400 or more grams of fentanyl, in violation of 21 USC. §§ 841(a)(1) and 846, in relation to the controlled purchases above.

12. During his arrest, MOSBY was in possession of approximately 4,000 laboratory-tested fentanyl pills. These were in addition to the approximately 7,000 fentanyl pills purchased during the controlled purchases. Both MOSBY and MCCOY had cellular telephones with them during their arrests. MCCOY's phone was searched pursuant to a warrant issued by the Hon. Zia M. Faruqi, United States Magistrate Judge, District of Columbia. MOSBY provided written consent to search his phone. Both phones were downloaded and examined by law enforcement.

A. <u>Controlled purchase of 2,000 fentanyl pills on November 27, 2023</u>

13. Through information compiled from CS-1's communications with MCCOY and messages in both MCCOY and MOSBY's phones, law enforcement has evidence that SESAY was MOSBY's general source of supply for fentanyl pills. For instance, on or about November 26, 2023, under the direction and control of law enforcement, CS-1 contacted MCCOY to arrange to purchase 2,000 fentanyl pills for $6,000. At approximately 14:33 hours, CS-1 sent MCCOY a text message that read, "Yo instead Im gonna grab 2k tmrw."

14. At approximately 14:36 hours, MCCOY and MOSBY had the following conversation through text messages. Based on my training and experience, "blues" is a street name used for the blue, M30 fentanyl pills like the ones purchased throughout this investigation:

5

| SENDER | RECIPIENT | MESSAGE |
|---|---|---|
| MCCOY | MOSBY | My man trying get them blue this week slim |
| MCCOY | MOSBY | 2k |
| MOSBY | MCCOY | What time? |
| MOSBY | MCCOY | Monday or Tuesday? |
| MCCOY | MOSBY | 2k blues he say he just going to go through it with me |
| MOSBY | MCCOY | Ok |

15. At approximately 14:39 hours, only a few minutes after MOSBY acknowledges MCCOY's request for 2,000 "blues," MOSBY texted the owner of telephone number 240-988-0155. As explained further *infra* paragraphs 27–28, law enforcement developed evidence on the -0155 number that attributes the -0155 number to SESAY.[2] MOSBY and SESAY had the following exchange:

| SENDER | RECIPIENT | MESSAGE |
|---|---|---|
| MOSBY | SESAY | Imma need 2k. Either tonight for tomorrow or tomorrow night for Tuesday |
| MOSBY | SESAY | I'll let you know |
| SESAY | MOSBY | That's bet bro jus lmk |

16. On or about November 27, 2023, at approximately 09:29 hours, MCCOY sent CS-1 two text messages that read, "Top of the morning brah" and "3 a [pill emoji] good." CS-1 responded, "Tops bruh" and "Alright cool we still good 4 around 12 I know you said something Abt court tho." MCCOY responded, "That tomorrow."

17. At approximately 09:36 hours, MOSBY sent MCCOY two text messages that read, "Yo" and "What time." MCCOY responded, "He say 12." About 20 minutes after this exchange with MCCOY, MOSBY texted SESAY and had the following exchange:

---

[2] Any conversations referenced between SESAY and MOSBY in this affidavit were conducted through the use of the -0155 number.

6

| SENDER | RECIPIENT | MESSAGE |
|---|---|---|
| MOSBY | SESAY | Top of the morning Brodie. |
| MOSBY | SESAY | What's a good time to push up? |
| MOSBY | SESAY | Yo I gotta be to my mom doctors appointment at 1130. I'm trying to grab then before I do that |
| MOSBY | SESAY | Yo bruh. Let me know something. So I can know how to move |
| MOSBY | SESAY | 15 minutes away |
| SESAY | MOSBY | Bet |
| MOSBY | SESAY | I'm here bruh. |
| SESAY | MOSBY | 10 min bro |
| MOSBY | SESAY | Bet. |
| MOSBY | SESAY | Liquor store |
| SESAY | MOSBY | Bet 1 min |

18.    Also on November 27, law enforcement met with CS-1 in a predetermined location and searched CS-1 and CS-1's vehicle. No contraband or United States currency were located. Law enforcement followed CS-1 from the initial meeting location to a parking lot in Arlington County, Virginia. CS-1 was under constant law enforcement surveillance.

19.    At approximately 12:20 hours, roughly 30 minutes after the exchange with SESAY mentioned above in paragraph 17, law enforcement saw MOSBY enter the predetermined deal location. MCCOY was observed by law enforcement leaving the passenger side of the vehicle and entering CS-1's vehicle. CS-1 gave MCCOY $6,000 for 2,000 fentanyl pills and an extra $100 for arranging the deal. The transaction was caught on video. MCCOY left CS-1's car and entered the passenger side of MOSBY's vehicle. MCCOY and MOSBY then left the area. CS-1 traveled from the deal location to a predetermined location for a debrief. CS-1 and CS-1's vehicle were searched a second time. No contraband or United States currency was located. Law enforcement took custody of the pills and submitted them to the Mid-Atlantic Laboratory for

testing, which found the pills to contain fentanyl and have an approximate net weight of 217.69 grams.

20. At 12:32, approximately 10 minutes after the controlled purchase, MOSBY texted SESAY saying he "made the play" but hadn't made it to the ATM yet. Based on my training and experience and involvement with the investigation, I believe "play" was a reference to the controlled purchase with CS-1. Later on November 27, MOSBY asked SESAY if MOSBY should "[s]end half," to which SESAY responded, "Yea." MOSBY then sent SESAY an Apple Pay attachment.

21. Law enforcement was able to acquire MOSBY's Apple Pay records. On November 27, MOSBY sent $1,250 to an Apple Pay account registered to SESAY. Text messages on MOSBY's phone showed SESAY directing MOSBY to send another $1,250 to another Apple Pay account, which MOSBY did. In total, MOSBY sent SESAY $2,500. Based on my training and experience and involvement in the investigation, I believe MOSBY was paying SESAY for the 2,000 fentanyl pills MOSBY distributed to CS-1 on that day. The payment to SESAY would equate to $1.25 per pill, which is consistent with street rates for fentanyl pills. Additionally, the amount of pills purchased and MOSBY's statements about needing the pills "tonight for tomorrow or tomorrow night for Tuesday" suggests SESAY knew the purchase was for further distribution by MOSBY. Based on my training and experience, the purchase and possession of 2,000 fentanyl pills is inconsistent with personal use.

B. April 16, 2024 Arrest of MOSBY and Seizure of 4,000 Fentanyl Pills

22. On April 14, 2024, at approximately 16:17 hours, CS-1 sent MCCOY a text message that read, "Yo squilz[3] hit me back ill be out there tmrw night I wanna grab 4k [pill emoji]

---

3 "Squilz" is a confirmed nickname/alias for MCCOY.

Tuesday tell yo boy can I get them for 2.50 instead of $3." At approximately 19:24 hours on the same day, MCCOY called CS-1. CS-1 told MCCOY that CS-1 wanted to purchase 4,000 pills for a price of $2.50 per pill. MCCOY responded, "I'll call him and see what's up. Make sure everything is good." Before hanging up, MCCOY told CS-1, "I'm about to text him now."

23. On April 15, 2024, at approximately 10:07 hours, MCCOY sent MOSBY a text message that said, "4k pills tomorrow." MOSBY responded, "Ok. What time? Y'all gotta come to silver spring." MCCOY replied, "ok."

24. At approximately 10:12 hours, MCCOY called CS-1 to arrange the deal for the following day. MCCOY told CS-1 that "Phil" just told MCCOY that they would have to meet in Silver Spring. At approximately 10:48 hours, MOSBY texted SESAY and had the following exchange:

| SENDER | RECIPIENT | MESSAGE |
|---|---|---|
| MOSBY | SESAY | What's the best number you can give me for 4k? It's for tomorrow though |
| SESAY | MOSBY | 1.15 so that's 4600 |
| MOSBY | SESAY | I'll bring you like 5100 or 5200 |
| MOSBY | SESAY | I owe u still bruh |
| MOSBY | SESAY | Later on today I'll hit u to put it in motion |
| SESAY | MOSBY | Fasho we locked in |

25. At approximately 18:32 hours, MOSBY sent MCCOY a text message and asked, "It's a go?" MCCOY responded, "yea." After MOSBY received confirmation from MCCOY that the deal was a go, MOSBY then texted SESAY at approximately 18:49 and had the following exchange:

| SENDER | RECIPIENT | MESSAGE |
|---|---|---|
| MOSBY | SESAY | I just ask my man is it a go. And he said yea for tomorrow |
| MOSBY | SESAY | Imma try and come grab them later though |

9

| SENDER | RECIPIENT | MESSAGE |
|---|---|---|
| SESAY | MOSBY | Cool |
| MOSBY | SESAY | Imma hit u in a sec |
| MOSBY | SESAY | Yo. Can I head your way |
| MOSBY | SESAY | Pulling up |
| SESAY | MOSBY | Bet |
| MOSBY | SESAY | I'm here at the gas station |
| SESAY | MOSBY | 4 min |

26. The following day, April 16, 2024, MOSBY was arrested in Rockville, Maryland with approximately 4,000 fentanyl pills in his possession. Law enforcement took custody of the pills and submitted them to the Mid-Atlantic Laboratory for testing, which found the pills to contain fentanyl and have an approximate net weight of 438.68 grams. Based on the messages above, I believe SESAY distributed the approximately 4,000 fentanyl pills to MOSBY. The discussion of price per pill ("[$]1.15") is consistent with street prices of fentanyl pills. Additionally, based on the number of pills bought and MOSBY telling SESAY that MOSBY's "man" said it was "a go," SESAY knew the purpose of the deal was for further distribution. Based on my training and experience, the purchase and possession of 4,000 fentanyl pills is inconsistent with personal use.

C.  -0155 Number Attributable to SESAY

27. As noted *supra* paragraph 15, law enforcement has attributed the -0155 number to SESAY. The -0155 number is subscribed to 12K Business Solutions. On May 3, 2024, a subpoena for subscriber information was sent to Apple, Inc. in relation to the -0155 number. Responsive records were received from Apple on June 11, 2024. The records show that the -0155 number had an associated iCloud email address of mamud.sesay@icloud.com.

28.     On July 10, 2024, the Hon. Ivan D. Davis of the Eastern District of Virginia signed a search warrant for the iCloud account above. Responsive records were received from Apple on August 5, 2024. Returns from the warrant further attribute the -0155 number to SESAY. For instance, the iCloud account had backed up photos of food deliveries and other items in SESAY's name. Additionally, law enforcement found numerous photos of SESAY himself in the returns, as shown by a sample of photos from the returns below. Those photos included screenshots of Facetime calls where SESAY was the user of the phone. Based on my training and experience, the information and photos within the iCloud account are consistent with SESAY being the primary owner and user of the -0155 number. Drug distributors often use phones with different subscriber information than their own to attempt to hide their connection with illicit activities.

  

D.      Additional Evidence of SESAY's Fentanyl Distribution to MOSBY

29.     Besides the controlled purchases outline above, the messages between MOSBY and SESAY suggest further fentanyl pill distributions. Shortly after the November 27 distribution of 2,000 fentanyl pills from SESAY to MOSBY, MOSBY texted SESAY that MOSBY would "probably need more later." This was immediately after MOSBY sent the Apple Pay transaction linked to the 2,000 fentanyl pill purchase, suggesting MOSBY was referring to needing more

fentanyl pills. On November 28, MOSBY texted SESAY "300." A meeting place was agreed to. Based on my training and experience, I believe this was a transaction for 300 fentanyl pills.

30. The texts between SESAY and MOSBY almost exclusively deal with what look like drug transactions. The dates on their messages range from November 2023 to mid-April 2024, shortly before MOSBY was arrested on the instant offense. Based on the messages between the two, law enforcement believes SESAY was a consistent source of supply for MOSBY for fentanyl pills.

E.  Additional Evidence of SESAY's Fentanyl Distribution from SESAY's iCloud

31. Reviews of the returns from SESAY's iCloud account suggests SESAY has a significant number of additional fentanyl customers other than MOSBY during this time period. Law enforcement was able to find at least 10 different customers that purchased suspected fentanyl from SESAY. For example, on November 5, 2023 SESAY received text messages from XXX-XXX-8934 that asked, "Yu got light blues bra?" and "Can Yu Do 40 again?" SESAY responded, "Yea." The messages between SESAY and XXX-XXX-8934 went on to agree on a meeting spot and time. As described in paragraph 7, "blues" is a commonly used term to describe fake Percocet M30 pills that contain fentanyl.

32. On January 30, 2024, SESAY received a message from XXX-XXX-0698 that asked, "How much for 500"? SESAY responded, "800." The conversations went on with SESAY and the individual exchanging how far away they were from a meeting location. Based on my training, experience, and knowledge of this investigation, I know that 500 pills for $800 would calculate out to $1.60 per pill, which is an appropriate price for fentanyl pills purchased in that quantity.

## CONCLUSION

33. Based on the foregoing, I respectfully submit that there is probable cause to believe that, from at least in or around November 2023 through at least April 16, 2024, within the Eastern District of Virginia and elsewhere, the defendant, MAMUD SESAY, did knowingly and intentionally combine, conspire, confederate, and agree with PHILLIP DONNELL MOSBY and others, known and unknown, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Respectfully submitted,

_____
Randall M. Mason, Jr.
Task Force Officer
Drug Enforcement Administration

Attested to in accordance with the requirements of
Fed. R. Crim. P. 4.1 via telephone on October 10, 2024:

_____
Hon. William B. Porter
United States Magistrate Judge
Eastern District of Virginia

13